# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OXFORD FINANCE LLC,<br>    Plaintiff,<br><br>        v.<br><br>ANDREW MCLELLAN AND A.<br>THOMAS MCLELLAN,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  19-4839 |

## ORDER

**AND NOW**, this 23rd day of April, 2020, upon consideration of Defendants' Motion to Dismiss and briefing in support thereof (ECF Nos. 11 & 19) and Plaintiff's response thereto (ECF No. 17), **IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED.**  The case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court **SHALL CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**